IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-107 |
| | ) | |
| RACHEL LEE PADGETT | ) | |

**O R D E R**

Before the Court is Defendant Rachel Lee Padgett's motion for a mental competency evaluation under 18 U.S.C. § 4241. (Doc. nos. 115.) On March 2, 2016, the Court held an *ex parte* hearing on the motion and questioned Defendant as to her mental competency to stand trial. In responding to the Court's questions, Defendant spoke with clarity and undoubtedly understood the charges against her and the nature of the proceedings. Defendant explained that she had no concern as to her competency to stand trial, only her competency at the time of the alleged offenses. Defense counsel also relayed he had no concerns as to her competency to stand trial and was able to adequately communicate and consult with Defendant as to her defense. Defendant has also attempted to file *pro se* motions with the Court that are well written and convey an understanding of the current proceedings. Accordingly, the Court **FINDS** no reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense under 18 U.S.C. § 4241. Thus, the Court **DENIES** Defendant's motion for a mental competency evaluation. (Doc. no. 115.)

In addition, Brendan N. Fleming, Defendant's court-appointed counsel, has filed a motion to withdraw due to a recently discovered conflict of interest. The Court **GRANTS** Mr. Fleming's motion, (doc. no. 118), **TERMINATES** the appointment of Mr. Fleming, and **INSTRUCTS** him to file his CJA voucher within ten days of the date of this Order. The Court **APPOINTS** as substitute counsel Scott C. Connell, 462 Telfair St., Augusta, GA, 30901. Mr. Fleming shall promptly turn over all discovery materials to Mr. Connell upon receipt of this Order.

The Court **GRANTS** Defendant's request to extend the deadline for substitute counsel to file pretrial motions. The Court finds, as a matter of fact and law, that the extended motions period given herein is not for the purpose of delay, but in the furtherance of justice, and to protect the defendant's right to a fair trial. The Court also finds that the extension is for the purpose of allowing reasonable time necessary, assuming the exercise of due diligence, for the effective preparation of defense counsel. Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding that the ends of justice served by granting an extended motions period outweigh the best interests of the public and the defendant in a speedy trial, the period of delay resulting from this extension – March 2, 2016, through and including March 16, 2015 - is excluded in computing the time within which the trial of this matter may commence.

Lastly, the Clerk is **DIRECTED** to serve Defendant by mail a copy of Mr. Fleming's

motion to withdraw (doc. no. 118) and this Order.

SO ORDERED this 4th day of March, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA