IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-107 |
| | ) | |
| RACHEL LEE PADGETT | ) | |

**O R D E R**

Defense counsel has now advised the Court that Defendant wishes to withdraw her motions to suppress. (Doc. no. 132.) Accordingly, the Court **GRANTS** Defendants motion to withdraw the suppression motions (doc. no. 132), **CANCELS** the March 22, 2016 hearing, and **DIRECTS** the **CLERK** to terminate the motions to suppress. (Doc. nos. 105, 111.) In addition, because defense counsel previously advised the Court that all of Defendant's pretrial motions were resolved (doc. no. 106), her pending motions are **MOOT**. (Doc. nos. 29-51.)

SO ORDERED this 21st day of March, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA