IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 115-107 |
| | * | |
| RACHEL PADGETT | * | |
| | * | |

**O R D E R**

Before the Court is a motion to compel filed by Defendant Padgett through counsel. (Doc. 224.) Therein, Defendant Padgett requests that this Court compel Defendant Padgett's former counsel, Mr. C. Scott Connell, to produce copies of the entirety of his file associated with this matter, including but not limited to all correspondence and his CJA voucher. (Id.) To the extent that Mr. Connell objects to the relief requested by Defendant Padgett, Mr. Connell **SHALL** file his response to the motion to compel **on or before August 20, 2018**; failure to timely respond shall indicate that there is no opposition to the relief requested.[1]

**ORDER ENTERED** at Augusta, Georgia, this ____ day of August, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk of Court is **DIRECTED** to forward electronic- and hard-copies of this Order and the motion to compel (doc. 224) to Mr. Connell at his e-mail and mailing addresses of record.