UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR115-107 |
| | ) | |
| RACHEL PADGETT | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Amy Levin Weil** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Amy Levin Weil** be granted leave of absence for the following periods: **September 24, 2018; October 9, 2018 through October 10, 2018; October 17, 2018; October 22, 2018; October 30, 2018 through November 2, 2018 and November 5, 2018 through November 9, 2018.**

This 21st day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA