IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA    *
                            *
v.                          *    CR 115-107-4
                            *
RACHEL LEE PADGETT          *

## O R D E R

Presently before the Court is Amy Levin Weil, Esq.'s motion to issue an Order appointing her *nunc pro tunc* to represent Defendant Rachel Lee Padgett in connection with the captioned criminal matter. Presently, the record shows that Ms. Weil was appointed on November 13, 2018. (Doc. 237.) Upon due consideration, however, the Court hereby **GRANTS** the motion (doc. 252) and **APPOINTS** Ms. Weil to represent Defendant Padgett *nunc pro tunc* to August 2, 2018.

Moreover, the Court hereby **GRANTS** the motion to seal (doc. 253) the "Motion to Nunc Pro Tunc Appointment Order," filed on January 30, 2020. Accordingly, the Clerk shall **SEAL** the aforementioned motion (doc. 252).

**ORDER ENTERED** at Augusta, Georgia, this 10th day of February, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA